FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No. 2:11-cv-05329-SVW-SP |
| Plaintiff, | |
| v. | [~~Proposed~~] ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| ANN TAYLOR RETAIL, INC., et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush and defendant Express Fashion Apparel, LLC dba Express #661,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: 2/9/12

_____
United States District Judge